**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00159-CR**
_____

**IN RE HAROLD MOTEN**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. 39,003**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus filed as an original proceeding with this Court, Harold Moten seeks to compel the trial court to rule on the *pro se* motions that he filed in the trial court asking that court for a speedy trial, for discovery, to set aside his indictment, to suppress evidence, and to reduce the amount of his bond.

Traditionally, a petitioner seeking mandamus relief in a criminal case must show two things. "First, he must show that he has no adequate remedy at law to redress his alleged harm. Second, he must show that what he seeks to compel is a

1

ministerial act, not involving a discretionary or judicial decision."[1] The record before this Court fails to show he is entitled to relief. Accordingly, we deny Moten's petition for a writ of mandamus.[2]

PETITION DENIED.

PER CURIAM

Submitted on June 6, 2023
Opinion Delivered June 7, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]*In re State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding).
[2]*See* Tex. R. App. P. 52.6(a).